# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANSHU B. PATHAK,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>CHRIS FULLER, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2: 17-cv-01571-JCM-VCF<br><br>ORDER |

Presently before the court is the matter of *Pathak v. Fuller et al*, case no. 2:17-cv-01571-JCM-VCF.

On October 12, 2018, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty days, the court would dismiss the case for want of prosecution. (ECF No. 18). The clerk set a LR 41-1 dismissal deadline of November 11, 2018. That deadline has long passed, and plaintiff has taken no action to prosecute this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Pathak v. Fuller et al,* case no. 2:17-cv-01571-JCM-VCF, be, and the same hereby is, DISMISSED. The clerk of court is instructed to close the case.

DATED THIS 11th day of July 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE